Commonwealth of Pennsylvania, Department of Transportation, Bureau of Traffic Safety *v.* Raymond L. Rosenberry, Appellant.

Argued December 9, 1976, before Judges CRUMLISH, JR., MENCER and BLATT, sitting as a panel of three.

*Francis Worley,* for appellant.

*John L. Heaton,* Assistant Attorney General, with him *Robert W. Cunliffe,* Deputy Attorney General, and *Robert P. Kane,* Attorney General, for appellee.

OPINION BY JUDGE BLATT, February 18, 1977:

This is an appeal from an order of the Court of Common Pleas of Adams County which affirmed the Pennsylvania Department of Transportation's refusal to issue a driver's license to the appellant because his operating privileges had been suspended in New Jersey.

We affirm the order of the lower court and dismiss this appeal on the able opinion of President Judge JOHN A. MACPHAIL, which may be found at 17 Adams L. J. 184 (1976).

ORDER

AND Now, this 18th day of February, 1977, the order of the Court of Common Pleas of Adams County is affirmed.